**Dylan McFarland**
KNIGHT NICASTRO, LLC
283 W. Front Street, Suite 203
Missoula, MT 59802
Telephone: (406) 206-5747
mcfarland@knightnicastro.com

**Attorney for Petitioner**

**Victoria L. Francis**
Assistant U.S. Attorney
U.S. Attorney's s Office
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Telephone: (406) 247- 4633
victoria.francis@usdoj.gov

**Chad C. Straker**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, Montana 59626
Telephone: (406) 457-5270
chad.spraker@usdoj.gov

**Attorneys for Defendant United States of America**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| MAC'S MARKET, INC.,<br><br>Petitioner,<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE, BUREAU OF ALCOHOL, TOBACCO FIREARMS AND EXPLOSIVES,<br><br>Defendant. | Cause No. MC 19-00003-DWM-JCL<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Petitioner Mac's Market Inc. and Defendant United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties, with each party bearing their own attorney's fees and costs.

DATED this 15th day of April, 2019

        KNIGHT NICASTRO, LLC

        By: */s/ Dylan McFarland*
            Dylan McFarland
            Attorney for Petitioner

DATED this 15th day of April, 2019

        KURT G. ALME
        United States Attorney

        By: */s/ Chad C. Spraker*
            Chad C. Spraker
            Assistant U.S. Attorney
            Attorney for Defendants